980 F.2d 1190w
 61 USLW 2372, 20 Media L. Rep. 2127
 ARKANSAS AFL-CIO, and the Committee Against Amendment 2, Petitioners,
v.
FEDERAL COMMUNICATIONS COMMISSION and United States of
America, Respondents,
Radio-Television News Directors Association; KARK-TV;
National Association of Broadcasters; CBS, Inc.,
Intervenors.
 No. 92-1115.
 United States Court of Appeals,
Eighth Circuit.
 Submitted June 11, 1992.
Decided Dec. 2, 1992.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION